# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,** )<br>)<br>**Plaintiff,** )<br>)<br>        **v.** )<br>)<br>**U.S. DEPARTMENT OF DEFENSE,** )<br>)<br>**Defendant.** )<br>) | Civ. No. 12-cv-1641 (ABJ) |

## ORDER

Upon consideration of the Defendant's Consent Motion for Enlargement of Time to Respond to Plaintiff's Complaint, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED, and it is

FURTHER ORDERED that Defendant shall respond to Plaintiff's Complaint by Monday, December 10, 2012.

Dated:_____                    _____
                                                                           United States District Judge