## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)     12-CV-01641 (ABJ)<br>)<br>)<br>)<br>)<br>) |

## ANSWER TO COMPLAINT

Without waiving any objections or defenses, Defendant United States Department of Defense ("DoD") answers the complaint of Plaintiff Citizens for Responsibility and Ethics in Washington upon information and belief as follows:

## FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

\* \* \* \* \*

## COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF

1. Paragraph 1 contains Plaintiff's characterization of this action to which no response is required. To the extent Plaintiff's characterization may be deemed to contain allegations of fact, they are denied.

2. Paragraph 2 contains Plaintiff's characterization of this action to which no response is required. To the extent Plaintiff's characterization may be deemed to contain allegations of fact, they are denied.

## JURISDICTION AND VENUE

3. Paragraph 3 contains conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations.

## PARTIES

4. DoD lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4. To the extent a response is required, Defendant denies the allegations.

5. DoD lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5. To the extent a response is required, Defendant denies the allegations.

6. DoD lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6. To the extent a response is required, Defendant denies the allegations.

7. DoD admits the allegations in paragraph 7.

## STATUTORY FRAMEWORK

8. Paragraph 8 contains conclusions of law to which no response is required.

9. Paragraph 9 contains conclusions of law to which no response is required.

10. Paragraph 10 contains conclusions of law to which no response is required.

11. Paragraph 11 contains conclusions of law to which no response is required.

12. Paragraph 12 contains conclusions of law to which no response is required.

13. Paragraph 13 contains conclusions of law to which no response is required.

14. Paragraph 14 contains conclusions of law to which no response is required.

15. Paragraph 15 contains conclusions of law to which no response is required.

## FACTS UNDERLYING PLAINTIFF'S PRAYER FOR RELIEF

16. Paragraph 16 summarizes a publicly-available law.  DoD directs the Court to the citation listed by Plaintiff for a true and complete copy of the law.

17. Paragraph 17 summarizes a publicly-available DoD Inspector General's Report.  DoD directs the Court to the citation listed by Plaintiff for a true and complete copy of the report.

18. Paragraph 18 summarizes a publicly-available news article.  DoD directs the Court to the citation listed by Plaintiff for a true and complete copy of the news article.

### Plaintiff's FOIA Request and the DOD's Response

19. DoD admits that Plaintiff submitted a FOIA request to DoD seeking a copy of the database that DoD is required to create and maintain under Section 847 of the National Defense Authorization Act for Fiscal Year 2008.  DoD lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 19.  To the extent a response is required, Defendant denies such allegations.

20. DoD admits that Plaintiff requested a waiver of fees.  As the rest of paragraph 20 summarizes the bases listed by Plaintiff in its request, DoD directs the Court to Plaintiff's request.  To the extent a response is required, Defendant denies such allegations.

21. DoD admits that Plaintiff requested to be classified as a news media representative.  As the rest of paragraph summarizes the bases listed by Plaintiff in its request, DoD directs the Court to Plaintiff's request.  To the extent a response is required, Defendant denies such allegations.

22. DoD admits the allegations in paragraph 22, but notes that DoD has not assessed any fees for the records it has provided to Plaintiff, and has no plans to assess fees for this request.

23. DoD admits the allegations in paragraph 23, but notes that DoD has not assessed any fees for the records it has provided to Plaintiff, and has no plans to assess fees for this request.

24. DoD admits the allegations in paragraph 24.

25. DoD admits the allegations in paragraph 25, but notes that DoD has not assessed any fees for the records it has provided to Plaintiff, and has no plans to assess fees for this request.

26. DoD admits the allegations in paragraph 26, but notes that DoD has not assessed any fees for the records it has provided to Plaintiff, and has no plans to assess fees for this request.

27. DoD denies the allegations in paragraph 27.

28. DoD admits the allegations in paragraph 28 were true as of the date Plaintiff's Complaint was filed, but notes that DoD subsequently has made an initial release to Plaintiff in December 2012 and a further release in January 2013 in response to Plaintiff's request for additional records.

29. DoD admits the allegations in paragraph 29.

## PLAINTIFF'S CLAIM FOR RELIEF

## CLAIM ONE

30. DoD incorporates by references all of its responses to Plaintiff's allegations.

31. DoD admits the allegations in paragraph 31.

32. Paragraph 32 contains conclusions of law to which no response is required.

33. DoD admits the allegations in paragraph 33 were true as of the date Plaintiff's Complaint was filed, but notes that DoD subsequently has made an initial release to Plaintiff in December 2012 and a further release in January 2013 in response to Plaintiff's request for additional records.

34. Paragraph 34 contains conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations.

## CLAIM TWO

35. DoD incorporates by references all of its responses to Plaintiff's allegations.

36. Paragraph 36 contains conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations.

37. Paragraph 37 contains conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations.

38. Paragraph 38 contains conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations.

## PRAYER FOR RELIEF

The remainder of Plaintiff's complaint contains a prayer for relief to which no response is required. To the extent that a response is required, Defendant denies that Plaintiff is entitled to the relief sought in the complaint, or to any relief whatsoever.

Defendant denies each and every allegation in the complaint that it has not expressly admitted or to which it has responded that it has insufficient information to admit or deny the allegations.

Having fully answered, Defendant respectfully requests this Court to enter judgment in Defendant's favor, dismiss Plaintiff's complaint in its entirety, grant Defendant its costs, and order any additional relief as the Court may deem appropriate.

Dated: February 1, 2013                     Respectfully submitted,

                                            RONALD C. MACHEN JR., D.C. Bar #447889
                                            United States Attorney

                                            DANIEL F. VAN HORN, D.C. Bar # 924092

Chief, Civil Division

/s/_____
PETER C. PFAFFENROTH, D.C. Bar # 496637
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7188

*Attorneys for Defendant*