**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CITIZENS FOR RESPONSIBILITY AND    )
ETHICS IN WASHINGTON,              )
       Plaintiff,              )
       v.                     )       12-CV-01641 (ABJ)
U.S. DEPARTMENT OF DEFENSE,        )
       Defendant.             )

## <u>ORDER</u>

Upon review of the Joint Motion to Extend Time for Joint Status Report, it is this ____

day of _____, 2013, hereby ORDERED that the motion is granted.  It is further ORDERED

that the parties shall file a joint status report, including a proposed briefing schedule on fees

issues if warranted, on or before October 31, 2013, if the case has not been resolved by then.

      SO ORDERED.

                                _____

                                United States District Judge