UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, )<br><br>Plaintiff, )<br><br>v. )<br><br>U.S. DEPARTMENT OF DEFENSE, )<br><br>Defendant. ) | 12-CV-01641 (ABJ) |

**STIPULATION OF SETTLEMENT AND DISMISSAL**

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") and Defendant United States Department of Defense ("DOD") hereby settle and compromise the above-entitled lawsuit brought under the Freedom of Information Act, 5 U.S.C. § 552, as amended ("FOIA"). Defendant has now released to Plaintiff records responsive to Plaintiff's FOIA request. The parties accordingly stipulate that this matter is hereby settled and compromised on the following terms:

1. Plaintiff agrees to dismiss this suit with prejudice.

2. Defendant shall pay $7,000.00 in attorneys' fees and costs to Plaintiff. Payment of this money will be made by check or electronic funds transfer promptly after filing the fully-executed copy of this Stipulation and after receipt of necessary information from counsel for Plaintiff in order to effectuate the payment.

3. This Stipulation of Settlement constitutes the full and complete satisfaction of any and all claims arising from (a) the allegations set forth in the complaint filed in this lawsuit and (b) any litigation or administrative proceeding that Plaintiff has brought, could bring, or could

have brought regarding Plaintiff's FOIA request in this case, including all claims for attorney's fees and costs.

4. This Stipulation of Settlement does not constitute an admission of liability or fault on the part of Defendant, the United States, its agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

5. This Stipulation of Settlement is binding upon and inures to the benefit of the parties hereto and their respective successors and assigns.

6. Execution and filing of this Stipulation of Settlement by counsel for Plaintiff and by counsel for Defendant constitutes a dismissal of this lawsuit, with prejudice, pursuant to Rule 41(a)(1)(ii). Any and all remaining issues are waived.

By: _____
SCOTT A. HODES, D.C. Bar #430375
P.O. Box 42002
Washington, DC 20015
(301) 404-0502

Counsel for Plaintiff

Executed on October 23, 2013.

RONALD C. MACHEN, D.C. Bar #447889
United States Attorney
for the District of Columbia

DANIEL VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: _____
PETER C. PFAFFENROTH, D.C. Bar #496637
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2513
Fax: (202) 514-8780
Email: peter.pfaffenroth@usdoj.gov

Counsel for Defendant

Executed on October 23, 2013.